spondent. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Judgment reversed and new trial granted, costs to abide the event, unless within ten days from the entry of the order herein plaintiff stipulate to reduce the verdict to $9,400, in which event the judgment reduced to $9,400, with $61.58 costs, but without interest, is affirmed, without costs to either party on this appeal. The order of April 29, 1915, is also affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Stapleton, and Putnam, JJ., concur. Carr, J., not voting.

Alfred J. PAUL and Charles W. Finlay, comprising the copartnership firm of A. Paul & Co., respts., v. Michael J. KENNEDY, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment unanimously affirmed with costs.

Pasqualena G. PECCI, appellant, v. CHURCH OF THE IMMACULATE HEART OF MARY OF SCARSDALE, N. Y., et al., respondents. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment affirmed by default, with costs. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Pasqualena G. PECCI, appellant, v. CHURCH OF THE IMMACULATE HEART OF MARY, OF SCARSDALE, N. Y., et al., respondents. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion to dismiss appeal granted, unless the appellant perfect the appeal, place the case on the May calendar and be ready for argument when reached.

The PEOPLE of the State of New York, respondent, v. Antonio BELLAVICINI, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Mills, Rich, and Putnam, JJ., concur. Stapleton, J., dissents, on the ground that, although there is competent evidence of an isolated, indecent or obscene act, and it is inferable that defendant saw (heard) it, there is no evidence that painted men with effeminate voices resorted there with the knowledge of this defendant; the evidence is insufficient to convict the defendant of the crime charged. Jenks, P. J., concurs with Stapleton, J.

The PEOPLE of the State of New York, respondent v. John CALLAGHAN, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

The PEOPLE, etc., Respt., v. Alphonso CAPRARO, Applt. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Judgment affirmed. No opinion. Order filed.

PEOPLE of State of New York, respt., v. Robert CASSIDY, applt. (Supreme Court. Appellate Division, Fourth Department. March 22, 1916.) Motion to amend return by correcting clerk's minutes, denied.

PEOPLE of the State of New York, respt., v. Hiram COLE, Applt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Order entered January 5, 1916, dismissing appeal, is vacated and set aside upon stipulation filed, and appeal set down for argument March 21, 1916.

The PEOPLE, etc., v. Agidia DAMICO. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion granted. Order filed.

The PEOPLE of the State of New York, respondent, v. EISSING CHEMICAL COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion denied, upon condition that appellant perfect its appeal, place the case on the June calendar and be ready for argument when reached, and give a bond to secure the judgment within ten days; otherwise, motion granted, with $10 costs.

The PEOPLE of the State of New York, respondent, v. Max GLASER, appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

The PEOPLE, etc., v. Ralph GUARANO. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion granted. Order filed.

The PEOPLE, etc., on complaint of John P. Barron, Respt., v. George HARRINGTON and George Franklin, Applts. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Judgment and order affirmed. No opinion. (Dowling, J. dissenting.) Order filed.

The PEOPLE of the State of New York, respt., v. Dell KINGSLEY, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Appeal from Warren County Court. Dell Kingsley was convicted of crime, and he appeals. Judgment affirmed.

PER CURIAM. Judgment of conviction affirmed; the court finding no prejudicial error calling for a reversal of the conviction under section 542 of the Code of Criminal Procedure. All concur, except Kellogg, P. J., dissenting in memorandum, in which Howard, J., concurs.

JOHN M. KELLOGG, P. J. (dissenting). It was reversible error to receive over the defendant's objection the evidence of Mrs. May that her sister, the complainant, after she discovered her pregnancy, two months after the alleged offense, stated to her that the defendant was responsible for her condition. Baccio v. People, 41 N. Y. 265; People v. Clemons, 37 Hun, 580; People v. O'Sullivan, 104 N. Y. 481, 10 N. E. 880, 58 Am. Rep. 530; People v. Friedman, 139 App. Div. 795, 124 N. Y. Supp. 521.